Mr. O'Connor when you're ready, you can correct me if I've mispronounced that name Sustaita, okay May it please the court. My name is Stephen O'Connor. I'm counsel for Mr. Sustaita Luis is a 43 year old man born in Mexico Where at the age of 21 he entered the US without inspection his wife at the time Consuelo Palacios also entered With their two children who were also born in Mexico Later, they moved to Austin, Texas They had a child there named Judith born in 2005 and She is a US citizen He and Consuelo's marriage broke up. We know we do know all the facts. I just your time's precious for you Thank you. Has he been removed? And when was he removed? He was removed on September 18th Okay, that's a while ago. And when was the u.s. CIS? UCIS denial of July 27 2023 and this is not focused on you. It's both parties We're getting the 28 jailed notices a day ago on both events Why did those are significant developments? The the government submitted yesterday evidence that The visa was denied right and it's it's I believe there's a callable argument But I don't believe no. My only question is the threshold one. Why wouldn't you have told us that when it happened? It's interlaced with all the arguments my understanding of 28 day letters is they supply legal authority You know, it's just any new development Factual, but anyway, I don't want to bicker with that. But but the removal also has consequences Arguably now we're gonna have to discuss it You haven't even had an opportunity to respond to the mootness on the on the denial I believe that in previous I've seen previous cases where the court orders Well, do you intend to reply to their 28 J from yesterday I believe they should make a motion for All right, so what in your mind what arguments are left remaining that that the whole picture of this case and the government did supply the dismissals of his two felony matters are cooked up by his wife and children and There's been four criminal prosecutions in the record that have been dismissed for lack of evidence So he is you're saying that there was factual errors to the hardship determination and there is no moral bad character issue Because it was cooked up. Those are the two arguments, but can we under current Fifth Circuit law? Can we consider either of those arguments? Yes or no current law? No I know that said to be Wilkinson was heard by the Supreme Court's Number 28 and there could be change in that but at the moment What are you recommending that we do? Have you asked us to hold this for Wilkinson or not? I have not I believe so. What do you want our panel to do? I Want consistent with Fifth Circuit law? Yeah to look at the administrative closure and continuance issue okay, I with because that is really where the the mood that the reason they Everyone has colored their opinion on this because if they believe he's a sexual assault person, he's a he's a criminal He has never had a conviction in his life. He is he's the hero of the story Reversible error as to administrative closure is and finish the sentence Is they were we should reverse them because they did what wrong? They did not apply the correct factors. They applied Random factors their own interest in administrative efficiency to get him out of the country But a salient point that they made in denying both their own Administrative closure or your request to continue it was that he had taken so long over ten years To notify them of his cooperation. Is that right? That's true. And that is a factor under both both the multi-factor tests delayed by the the non-citizen The right Sanchez Sosa factors do not have to lay as a issue But for the administrative closure, yes, it's one of the factors but the The BIA's decision took two paragraphs to say and it's barely intelligible because I had trouble myself understand But it's clear They're saying any non-citizen that wants to rely on the fact he's cooperating with law enforcement Needs to tell us at least within a decade of the cooperation. That's sort of a fair just intuitive point Right, why like you want to answer that? That's a sort of a bigger picture question the public has an interest in Foreign nationals cooperating with law enforcement. Yeah, and that Congress passed that statute. Yeah, so there's that's a balance I mean, the thing is the DI did not balance anything. They stated two negative factors delay in Twilight and administrative efficiency because the cancellations are been denied but that is not balancing anything They never mentioned any positive factors such as the public's interest in Cooperation such as the colorability of his UV said did they ever look at these? he was the victim of a stabbing in Brooklyn in 2002 the he would be cooperated with the police and For that they certified his record. Yes certified his Cooperation, but that was when he was in removal proceedings, but here I guess we're back to why is he? Why is he just not a person who helps his family? It's because his family has cooked up criminal prosecutions against him That have led to his deportation right now He was in Williamson County Jail for the past year and a half and when he got his final case dismissed Did I stop and say wait a minute? Let's look at if these false prosecutions were have any effect on anything. No, they just deported him the same day and that's why there's a Civilized record. There's a lot of moving parts in this in this case. But if anyone's the hero here, it's him. He's Never had a criminal Yeah, and I understand your argument and it's forcibly made but just to clear it out so we can focus on what's before us You you acknowledge there's controlling law against us being to assess the fact determinations of Heart yes. Yes, and you are not asking us at the moment to hold this case for Wilkins No I think now with the events that have intervened Cancellation might be a stretch because his u.s. It is a daughter is the one who's trying to prosecute him and there's no evidence in the record that she's in any way gonna Miss him at all. So I think that you aren't asking for a hold. I understand So so we've reduced the issue before us to your claim I mean, I understand factually you think the family has concocted this but the legal error that BIA made just help me again It's not balancing the positive factors against the negative. Okay, it's the multi factors. Yes, and I'd like to you know This is raised in the briefs and the accounts counsel alluded to him but didn't it's not though this the court may know this that there's a circuit split on whether an IJ can entertain a waiver for a uvisa and that's not that's move. All right. Why isn't why should we decide that? The court should not decide the court should remand to the BIA which never addressed. We do that Hasn't the uvisa been denied? well That the judge could still waive his inadmissibility So the reason that you visa was denied was because the CIS assumed he was guilty of his crimes Did you ever ask it does the record you have a record site that you ever asked the IJ to waive inadmissibility? The IJ no because the IJ is then how can we find error in the BIA? The BIA was notified of the request for LDG The whole idea that's IJ remanded to the IJ to let her it wasn't it No, it wasn't raised. It wasn't raised before the IJ. Why should the BIA? Isn't the normal practice I Guess is it a legal issue or a factual issue then sounds like a legal issue to me wasn't raised If you look at the record the IJ never acknowledged the uvisa not a single statement in the record Certainly counsel raises that I mean he was dependent but no no action on the motions to have been closed But you wanted a hold pending you see You were asking them to decide it there is a split on if you had asked the IJ Then we'd have to resolve that maybe but if you never did it then we would need authority from you Preferably Fifth Circuit authority that we would revert vacate the BIA For failing to deal with an issue that was never preserved in front of the IJ. Do you understand? Yes, so do you have a case that says an issue that's presented to the BIA, but was not preserved We would vacate for their failure to have addressed it I don't have a case on that fact that the board has a duty to address Arguments made before it so if the art if they wanted to say you didn't raise it We're not gonna Yes And now I want to maybe bring out an alternative resolution to this case and it's it was a It was from a case from the First Circuit called Mangu and I'm pause I did not bring this to the court's attention, but it's recently come to Mangurio be lynched 794 f3d 119 That's 2015. I'm not I'm not trying to be harsh It's just to have good lawyering if you knew about the case, they don't have it. You could 28 J that that's a leak This is towards mootness. So so I just in case the court is hung up on on the mootness This might go in your response to their 28. Yes, once you put it there because they have no Fair enough fair enough because we could remand for fact-finding on the correct correct Application of law or not that that for the BIA to update the court and say did the CIS assume he was guilty and deny his waiver and deny his application and in this case that they did that and it was Every 90 days the BIA would say what is up with the the current status of the and for the record? I mean the visa is not completely dead There's an I turn any be motion to reopen showing them their error that they assumed he was guilty and now he's innocent So that was a new new development after their denial. That was November of this last month November of last month I got this last month. I mean November 2023. So it was several months after the denial I don't know if the court is aware to that. I mentioned there's four False prosecutions. So we have the one in 2016 is all their daughter Jasmine We have the two in 2021 Against him one for aggravated assault Against Judith one for sexual assaults against you all three dismissed his girlfriend now who's a u.s. Citizen Was also accused by Judith of assault and that case was dismissed for lack of evidence. So If the court is going to take away any sort of argument that justice was not done and the government is in a rush to Sort of get him out. Was there an independent finding that by virtue of not paying taxes? He'd be in the same situation put the criminal case totally to one side. Am I CIS? Well, you you know the record better I just have a vague memory that there was a separate that was for the good lord character only on the hardship and We're just saying that that's pretty much not before the court now because Cancellation is not reviewable. But yeah, there was a finding that I see you're right Yeah, so they denied it based on they accused him of serious criminal conduct, which it's easy to say that but how does one prove a negative that I'm actually innocent and that's hooked up and that's where he's the victim kind of here and It sounds like it's still pending So well, so we wouldn't intervene even if even if we could this is all Happening and you're telling us for the first time now, there was a November request to reconsider Yes, we open to reconsider on these grounds the ones you're telling us about Literally the trap. We don't know anything about this. No. No, it seems literally last Friday was the second criminal case was dismissed It was we submitted evidence that it's going to be dismissed in November, but it actually was dismissed December. Okay, so You know This man has done what he could to stay in this country for his children for his Rights for his you know, he's not a criminal and the CIS has treated him as a criminal If the court has any other questions, I'll take you have rebuttal on Thank you. Thank you Miss Phillips It's Only fair if I give you equal treatment There is a huge amount of events that have occurred that we only begin to peek at yesterday Yes, your honor. May it please the court Rebecca Hoffman Phillips on behalf of the United States Attorney General your honor I feel like I'm playing catch-up myself because your honor petitioners counsel has been in the better position to know this information Than I have regarding his you visa petition. I've only just found these things out Literally within the last I found it out a couple days ago regarding the new visa because he's continued to argue That the court should consider error in that regard and so I had no way of thinking that it may not exist anymore and Apparently one week after his reply brief the administrative file at the a file is not with you. You wouldn't know where this at all Yes, no, your honor. The a file is actually then you don't need to apologize more But the removal happened a while ago the removal happened in September the way that I found out about it was that I Contacted the DA's office to find out the status of the criminal cases What happened was as soon as he was released from criminal custody from the sexual abuse charge He was immediately taken into DHS custody They must have realized that there was no stay in effect because normally They'll reach out to me if there are plans for removal the last I'd heard they had no plans because he was in criminal Custody they could not make the plans. He wasn't in DHS custody Immediately after his release when the charge was dismissed on the sexual abuse charge And I called the DA to find out what is happening with this case she told me that the second criminal case could not go forward because He wasn't there to defend himself And it was his counsel for the criminal case that was making those arguments to dismiss the second charge because he wasn't here So the dismissal of that case is largely based on him not being here anymore as opposed to a finding of innocence The problem is that I didn't know that's fine. That's fine. Both of you explained it. It just helps us There's a bit of a mess. Maybe the case is reducing itself I says am I right that you would say given the first 28 J There isn't mootness according to publish this circuit law by virtue of him being sent But there may be mootness given the second 28 J. Do you want to start there? Where do you want to start? Yes, your honor. That's exactly it. So many issues are moot, but it's not because of his removal. Just want to put that out there Yes, what's moot you visa moot? It's already been denied So you can't argue that it should be sent back In order for the agency to continue the case for its adjudication or put it in closure Are you aware that there's still there's a motion reconsider? I only just became aware of that two days ago or yesterday I got confirmation of what's still pending for the board and before USCIS, which is why I've just been filing this just now I was waiting for them to get back to me because they also are two different entities between your and DHS I don't speak for my colleagues But you may want to consult with opposing counsel and see if there's a joint motion to dismiss There isn't a joint motion to dismiss the appeal if the only thing left is something that's still pending in the immigration courts his motion to reconsider To there's no joint motion pending at this or there's no motion at all, but you're suggesting now we should dismiss I'm not saying you should did not you should deny it the petition. I'm not dismissed well I guess Dismissal makes it seem like we're saying that everything is moot and the cancellation claim and the termination claim can be denied deny in part and dismiss exactly just and there's no reason to hold for Wilkinson in this case and government certainly wasn't Advocated because Castillo Gutierrez is in the government's favor In terms of the non review ability of hardship claims Which with respect to whether they're a mixed question of law in fact in that case abrogated Trejo And so right now Wilkinson is pending. It was just recently argued if our law were abrogated This would just end up getting held on sir, and then they'd be a remand to conform to that Yes, we could do supplemental something along the lines if it's a court wanted to but the but our position You've heard he said he doesn't want to hold it either Yes and so if he doesn't want to hold it we're certainly not advocating because this court's laws favorable to the government's position as it Currently stands and that's the position we're taking regarding the non review ability of hardship claims However, in this case the court should do the simplest thing possible Find no good moral character based on lack of tax payment. That is all you need to do here That is the only issue you need to figure out if you can do that The simplest way because it has no regard to any of these pending criminal matters, okay I'm a little mixed up. I thought we didn't even have jurisdiction to revisit whether there's a no more No, I'm if the court finds that it will so the good moral character discretionary finding is a little bit different than the Hardship finding with respect to the case in Wilkinson is regarding. Oh, I know what that is I thought there was a parallel rule, but it's not there is some level of judicial review of the note Well to the extent that you know, if he raises we still can review Constitutional and legal claims which is why you know, he was trying to claim with respect to but what are you telling us? Is there no good moral character finding which has been affirmed by the BA? Reviewable here because it's a mixed question of law or fact or is it not reviewable? I'll say that part is not reviewable So then how would you why would we give the relief you just asked us for because the termination part is reviewable but lacks merit So deny in part on the NIS Chavez argument is squarely controlled by court precedent So that's denial in part dismissal in part is for the lack of jurisdiction over the cancellation Discretionary findings because he doesn't raise a reviewable claim of law or a constitutional claim Sorry to clarify that and then the moot issue is the visa denial because that Claim for more time for the agency to look at that is moot now because it's already been denied We haven't seen his response that your your motion that letter to us right one or two paragraphs came in last night Yes, your honor and if I had known sooner, I mean, I don't understand I personally did not understand why he did not alert the court sooner He's the one communication with USC is getting the notifications. We don't get notifications from USC So I proactively reached out because I started to realize that I was sort of the one giving all the updates to the court and I Didn't realize that it had been denied I kind of be honest USC is can move pretty slow and I was kind of shocked that they had already Adjudicated this because they just tend to take years to happen. So it's non-citizens Pro se. Yeah So OIL is in a unique position to actually backstop all of them He happens to have counsel don't know how good his English is But doesn't seem to me too much of a burden for OIL to be checking as to an event We appreciate you gave it to us But in my personal opinion OIL would check on this well in advance in every case. Most of them are pro se You said OIL? Office of immigration litigation. Oh, I'm sorry Isn't that you? Yes, it is me. We call it OIL. I'm saying when you say it's his job We don't there are many many many non-citizens that don't have lawyers I agree with a lawyer, but but you doing this stuff a little in advance Because it's gonna significantly alter this case perhaps But you've heard his primary argument now, which is this is concocted and the dismissals reflect that I'll say this Well, first of all again if you want to rely on the lack of tax payment for good moral character and say that his Waive waiver of an argument to dispute I just want to start with that because I would tell the court not to get into all of the things related to the Criminal case and the arrests and what how what the agency should do because there's a much simpler way here the agency on ROA 10 the board says you lack good moral character solely because of the lack of Taxpayment for the purposes of voluntary departure Which has a five-year look-back period the board couldn't rely on the arrest for that good moral character finding because the 2016 Arrest went too far back So the board says we're not going to consider the arrest only the lack of tax payment Lack of good moral character on that basis alone so it is Only logical that if a five-year look-back period of no tax payment results in a lack of good moral character Then a ten-year look-back period of no tax payment also in and of itself results in this is remind me This is developed in your brief. It is. Yes, your honor This was my primary argument to not even reach the hardship and to not worry about the other Issues here because it's so simple and straightforward and because he's never challenged that finding So it's a waived Finding with respect to the lack of tax payment being first of all as being any factor So as any factor he's never said the agency can't rely on that and what the government is saying He's never argued that they shouldn't rely on it and they only relied on it for the voluntary departure good moral character Which is exactly the same standard as the cancellation good moral character Standard except for the period of time that you look back and it's only greater on the cancellation Context as opposed to the voluntary departure. So the government's asking for the simplest The simplest finding here, which is of course that it's unreviewable as a factual matter and that it's waived But to the extent that you want to decide anything with the cancellation claim There's no need to get to any of the arrests at all If if we don't decide the uvisa portion of the case is moot Then his primary argument is that that and I have to admit the BIA is to paragraphs on this or a little hard for me To understand they aren't a clear-cut application of a multi-factor test It does it meant other to the fact the two tests do they specify that delay is an Salient element even an element. Yes So there's two so the one is the Sanchez Sosa The standard under that. I mean if you were looking at a continuance you look at First of all, we argued that he waived the continuance thing But I'm just gonna go through the factors DHS is response whether the visa is prima facie approvable the reason for continuance and procedural factors that was the Sanchez Sosa and I'll say that Probably looking more at the fact that there was a lack of opposition by DHS was was more relevant To mention in the in the continuance context, but because that claim was waived The government didn't miss by the waiver. So let's assume that's not convincing What is the element that he that the BIA we would the BIA we would affirm the BIA? Sorry, what is the lack? Because if as I understand if you this is technical But you see is if they don't oppose it that favors him getting the continuance What's the factor that doesn't favor it It's the prima facie Approvable one because if you think that there's a which of course turned out to be true because he got denied the waiver Application, right? So you have to look at how the likelihood of success is another way of framing the prima facie Approvability. So in this case seeing that there wasn't a likelihood of success on it Which there clearly was not because it was denied would be another really important consideration In both the admin closure and the continuance context. I laid out the matter of a vedician factors I put them in my brief at footnote 18 If you want to see the full ones the reason the closure is sought the basis for any opposition the likelihood of success the anticipated duration the Responsibility of either party if any in contributing to the current or anticipated delay the ultimate outcome So this is where the agency focused because this underlying crime for the uvisa petition happened in 2002 and He waited until he was already in removal proceedings in 2018. That's so much more than a decade. We're almost at two decades which Clearly significantly contributes to the delay because had he sought it back then the backlog in you visas was Today today you wait years and years to get a new visa because you get waitlisted There's there's not visas available Even once it's approved and so his own contribution to the delay Was really an important factor because it's so egregious in this case I could and this court's case Hernandez says that the court that the board need not articulate every factor Which is really important because some factors are not as important in every case and some factors are really important like that one in this Case, I agree that usually you acknowledge whether DHS has opposed or not opposed That's usually a factor they consider but a lot of times in cases like this I think that it's fine to focus on factors that are that seem just so glaring Like the delay here and his and and and the likelihood of success Those are those are two huge ones and they apply to both the continuance and the admin closure and the agency couldn't should have done a better job of Distinguishing the Sanchez Sosa and the matter of a vatican Factors they are distinct factors because they are distinct forms of like what you're asking for But I in this case because of the similarity in the delay and the likelihood of success those were overlapping Criteria and I think the age the board saw them sort of collapsed a little bit together But I think in this case the court, you know Should not really reach those issues because it is Remands on that the agency will just say well the you visas in here How are we going to continue this case for you visa adjudication if it's been denied the fact that he's asking for reconsideration I can get more into these arrests as the applicant for something You have a burden of proof that you don't have when you're the DA prosecuting a case So when the DA says that there's not enough evidence to move forward in a case It doesn't necessarily mean that you didn't do anything wrong And I think that was the whole problem with his approach to this case was prove that I did something wrong or I did nothing Wrong, that's what the DA proves in a in a criminal court guilt innocent until proven guilty But in an immigration proceeding when you are an applicant for relief and you carry the burden of proof with respect to these discretionary findings and you're given notice an opportunity to make it Wrong that these factors shouldn't be held against you You have to take advantage of that time and opportunity or the agency can infer things against you because you were arrested for something Not only was he arrested. I mean, these are some of the worst crimes you can think of Sexually abusing your own children is not to be taken lightly I have no idea why anyone would make up such charges against their father. I couldn't tell you it Maybe they did right? So if they did though, why not have a statement and he said that he would produce his wife as a witness. He never did he Submitted letters. This is all in the record and it's all in my brief as well Because he submitted letters from his children and his wife that glaringly don't address the whole thing about his arrest Why not see something about that if you're gonna produce letters from them They're reasonably available evidence that he could produce to the Immigration Court to say, you know I didn't do any of this and they set me up because the wife was jealous of my new girlfriend And she tried to turn the kids against me in a custody dispute Okay I mean it's a horrible thing to do but now we know that's what really happened and and The problem is that that's his claim of what happened But we have no collaborating evidence from the wife or the children And so I understand he's going to try to make this case to USC. I guess about why they should reconsider but I mean the fact of the matter is you the agency is entitled to make inferences based on the evidence that it is given and he bears the burden of proof as an applicant with the preponderance of the evidence in these cases is not for the government to Disprove things or to prove things when he is an applicant for relief I I think that he had plenty of notice and opportunity here. The only loose end then this is jumping differently He said in addition to wanting administrative closure in addition to wanting it continuous He also asked the BIA to remand it so the IJ could make the determination about inadmissibility And and we are answer was citing the record page 31 that he forfeited it. Yes when I look at 31, I don't Well what happened was And I put I think in my brief I footnoted on my page 16 of my brief footnote 14 He expressly admitted in his supplemental appeal brief that USCIS and not the immigration judge has the authority to consider a u-visa This is on on pages ROA 176 77 or sorry ROA 31 was the supplemental appeal brief, right? He could simultaneously say the IJ has that authority we know he was asking you CIS to do it Right. He's telling the BIA Remanded because I now want to get into the world of the split and ask the IJ to do it well, his position was that USCIS should adjudicate it and without and and without Expressly stating that he was trying to have the IJ You know, he he basically switched positions and his supplemental appeal to the board It is not one of the others what I'm saying. Let me rephrase it. Yeah, you have authority You don't deny that he raised this as a request for relief to the BIA, correct? Um, he raised it in his initial brief. Okay. Yeah, and then they don't mention it and they don't mention it because reversible on its own No, your honor for two reasons. One is because his supplemental brief did not Basically it indicated he had switched positions to saying USCIS. I can pull up the record It's on page 31 of the record But I can see I remember thinking I remember you don't need to look at it you're talking about my question is Oh, he said he must file the application to the you must he's quoting And this is the government's argument as to why the IJ lacks authority. It's always been our position He is saying you must you must file with USCIS I'm sorry petitioner petitioner on page 31 saying I know I must so that's your waiver He is he's not forfeited it. He actually relinquished it. I only will go there He said that in order to do this a non-citizen must file with USCIS This is how I understood this is what he has written and this is if the board reads that and says, okay Well, it's not an issue anymore. That's how I understood it The board could have said something about that in its decision and said, you know what? To the extent he initially raised it. He's rescinded that they didn't say that but I took that as a rescission of that position So it's not remandable reversible error and number two The fact is that it because USCIS has already denied the new visa itself There's no waiver to adjudicate and maybe I should have started with As your time trickles away to nothing I just could I just I just want to understand what your bottom line position is Don't hold for Wilkinson. Okay with respect to the new Chavez issue a deny because our precedent Settles that with respect to the moral good moral character issue Dismiss yes. Okay with respect to the continuance part. That's is that deny? Is that a separate issue that we need to deny on? I would say I would say to not because you have you had jurisdiction over that claim But it is moot because it has been denied. Oh, okay. I got you That comes within the mood and the mootness with respect to the new visa The council opposite will get the opportunity to respond to your 28 J with respect to mootness. Okay. Thank you Unless the court has any further questions, the government will rest on its breath If you heard judge Duncan's questions, it might be helpful to respond to those That's that's great. Yes, and I'm I I'm not even sure there's a view of the good moral character if it's a question of fact that that's decided by the IJ so I think Don't really have anything different to say on those the only Issue well the issues that were at the end there about mootness and about the LDG argument where I mean The government is saying that because the UVS is denied that the IJ has no power to grant a non Immigrant waiver within admissibility, which is a different section of law It's a 212 d3 as opposed to 212 d14, which is the visa waiver But the IJ can grant that because if if he could she grants it The case is real if the case is reopened at the USCIS then no more waivers It is you piece of the proof that that goes to your mootness that goes to the mootness point I think that goes to that even if the case is moot That there's a grounds to remand to the BIA to for their failure to address the LDG argument So you'll include argument on that? Presumably in your response to the 28 J. Yeah. No, I'm Clarified now is it would the court want briefing on that? I assume not just letting one you start with a response to the 28 J and will inform counsel But she did read from the transcript suggesting your client Didn't just forfeit something but actually relinquished it saying I must go I think she's hanging a little too much to wait on it. I believe it was a boilerplate where Okay, I'm not familiar with the actual section record but the supplemental brief did not waive his argument in fact The first brief goes through very clearly the LDG Supplemental to the BIA. Yes. We're talking about whether he relinquished it in front of the IJ In front of the IJ. One, did he ever say to the IJ? I want you to make the waiver finding and or two worse. Did he actually say to the IJ you can't they must He never said that to the IJ You go ahead But but I just as far as that matter goes he certainly raised it to the BIA and Over several years that they did not consider at all Now, I guess the court also just needs to look at something that was mentioned in supplemental brief But Coffin V US, is there a presumption of innocence in the United States? We know there isn't criminal cases What is the effect of somebody do we assume he's guilty or the government said that he needed to prove a negative? That he needed to get letters from the victim the alleged victim to say he didn't do it That's it. That's a very constitutionally questionable Position because if you look at his position He did everything he could to show that the court cases proceeded He asked the CIS to continue the matter because he knew his trials were coming up. They wouldn't do it of course that is in the 28j material that she supplied yesterday, but also in that material and I know the court has not had a chance to look at it But Brady versus Maryland disclosure From the 2017 case. It's in that it's in that buried in that 28j The Jasmine the first victim Expressly states with her mother that nothing happened. So she retracts. She recants her testimony. So And that's that's like sworn testimony. That's you know perjury if you know, so That just shows and of course that wasn't available to his initial counsel during the initial trial before the IJ But it all shows that the USCIS had a very colored picture of the Uvisa when it in July. So what do you want us? What do you say that? Briefly we should directly remand this case to let the BIA Look at the moving picture where we're at and let them assess first of all, did we is there a continuance possible? because the Uvisa reopening has been filed and it was based on a colored perception of the criminal record and because they could consider the argument that He may renew that waiver before the IJ even if the Uvisa is not yet reopened that he could get that waiver in his pocket So that when it's reopened he has he has that in front of him Well, there is a debate before the Supreme Court now Wilkerson What's what's the relevance If Wilkerson reverses this court's holding in Cuscuta-Cherez then the court can review the goodwill and character findings and it can review the exceptional extreme usual hardship so that would be a Important development and that's why how did that play on? Suppose that they go you would say your way How does that? Translate in this case If we were on remand Then you would have another opportunity to present to this court if the BIA continued to deny exceptional hardship and bad moral character He would have a chance to have the application of law to the legal facts looked at Did the BIA also color their view based on a presumption of guilt on criminal cases? If the if the court just dismisses the case I Petition for rehearing I suppose but I would maybe I misstated before where I I I Don't know what the court can do on Wilkinson whether you know a bans or you said you weren't asking us to hold Judge Higginbotham has asked you. What do you want us to do with Wilkinson? Have you changed old? Yeah, I've changed my mean in the sense that I your time's up. Thank you. Thank you All right, we'll call the second case of the day